UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR AYALA LINARES,

                   Plaintiff,

    -v-

SAIGON IN & OUT CORP. and MIKE KHUU,

                   Defendants.

CIVIL ACTION NO. 23 Civ. 10010 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the telephone status conference held today, June 24, 2024, by **July 9, 2024**,

the parties shall file a joint letter reporting on the outcome of their July 2, 2024 mediation.

Dated:      New York, New York
             June 24, 2024

                          SO ORDERED.

                          _____
                          SARAH L. CAVE
                          **United States Magistrate Judge**