UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OMAR AYALA LINARES,

                    Plaintiff,                    No. 23 Civ. 10010 (PAE) (SLC)

            -against-                              **JUDGMENT**

SAIGON IN & OUT CORP. d/b/a SAIGON
SHACK, and MIKE KHUU,

                    Defendants.
------------------------------------------------------------------X

        **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on July 9, 2024; it is

        **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Omar Ayala Linares and against Saigon In & Out Corp., and Mike Khuu, jointly and severally, in the amount of $20,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

So Ordered:

*Paul A. Engelmayer*
Honorable Paul A. Engelmayer

Dated: July 9, 2024
New York, New York